Mohammad MUNAF and Maisoon Mohammed, as Next Friend of Mohammad Munaf, Appellants

v.

Pete GEREN, Secretary of the U.S.
Army, et al., Appellees.

No. 06–5324.

United States Court of Appeals,
District of Columbia Circuit.

Sept. 2, 2008.

Susan L. Burke, Burke Pyle LLC, Philadelphia, PA, Eric M. Freedman, Law Office of Eric M. Freedman, Jonathan Lewis Hafetz, Aziz Zahirul Huq, New York University School of Law, New York, NY, Joe Margulies, Northwestern University School of Law, Chicago, IL, for Appellants.

Gregory George Garre, Deputy Solicitor, Peter Douglas Keisler, Douglas N. Letter, Litigation Counsel, David B. Salmons, Attorney, Lewis Yelin, U.S. Department of Justice (DOJ) Office of the Attorney General, Washington, DC, Jeffrey Allen Taylor, U.S. Attorney, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge, and RANDOLPH and KAVANAUGH, Circuit Judges.

***JUDGMENT***

PER CURIAM.

It is **ORDERED** on the court's own motion that in light of the Supreme Court's decision in *Munaf v. Geren,* —— U.S. ——, 128 S.Ct. 2207, 171 L.Ed.2d 1 (2008), vacating this court's judgment filed April 6, 2007, this case be remanded to the district court for further proceedings consistent with the Supreme Court's opinion. The Clerk is directed to issue the mandate forthwith.